1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEREDITH B. OSBORN, State Bar #250467
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3911
6  Facsimile:     (415) 554-3837
   E-Mail:        meredith.osborn@sfgov.org

Attorneys for Defendants
SAN FRANCISCO POLICE DEPARTMENT OFFICERS, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE, | Case No. C 07-2173 JSW (PR) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION (N.D. CIVIL L.R. 6-3; 7-11) |
| vs. | |
| SAN FRANCISCO POLICE OFFICERS YICK, SALAZAR, MADRID, ROBINSON, O'CONNOR, COLE, MCCORMICK, | Hearing Date: February 29, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor |
| Defendants. | Date Action Filed: April 19, 2007<br>Trial Date: Not yet set |

GOOD CAUSE APPEARING, defendants' motion for more time to file dispositive motion is GRANTED.  Defendants shall have an additional 60 days from the date of this Order to file a dispositive motion.

Dated:  March 31, 2008

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

ORDER GRNTG DEF'S ADMIN MOT CHNG TIME                                          007\080524\00450331.doc
CASE NO. C07-2173 SW